UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SCOTT J GOLDSTEIN
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
280 West Main Street
Denville, NJ 07834
(973) 453-2838
sjg@sgoldsteinlaw.com

Attorney for Joseph Peake, Debtor

In Re:

Joseph Peake,

Debtor.

Case No.: 22-14703
Judge: MBK
Chapter: 13

Recommended Local Forms:    ☒ Followed    ☐ Modified

# PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, Joseph Peake, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on August 24, 2022.

2. The above named Debtor has paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor has filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

New 5/23/06.jml

1

4.  If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: _____7-29-2022_____          _____
                                          Joseph Peake