

Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

Order Filed on August 26, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Joseph T Peake, | Case No. 22-14703-MBK |
|  | Hearing Date: August 24, 2022 at 10:00 a.m. |
| Debtor. | Judge: Michael B. Kaplan |

**CONSENT ORDER RESOLVING PLAN OBJECTION AND OUTLINING THE TREATMENT OF SECURED CREDITOR JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: August 26, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Joseph T Peake
Case No.: 22-14703-MBK
Caption of Order: **CONSENT ORDER RESOLVING PLAN OBJECTION AND OUTLINING THE TREATMENT OF SECURED CREDITOR JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**

---

The undersigned parties resolved JPMorgan Chase Bank, National Association, ("Secured Creditor") Objection to Plan Confirmation, ECF No. 13, and agree to the following treatment of the anticipated secured claim to be filed by Secured Creditor through Joseph T Peake's ("Debtor") Chapter 13 Plan, ECF No. 2 (the "Plan"), with respect Secured Creditor's lien on Debtor's real property located at 312 Old Croton Road, Flemington, NJ 08822, as follows and have consented to the entry of the within Order, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. Debtor shall pay the arrears as set forth in Secured Creditor's anticipated proof of claim through Debtor's Chapter 13 Plan.
2. Secured Creditor's Objection to Plan Confirmation, ECF No. 13, is hereby resolved by this Consent Order.
3. This Consent Order shall be incorporated in any modified plan.
4. In the event the instant Chapter 13 bankruptcy case is dismissed or converted to another chapter under the bankruptcy code prior to Secured Creditor's secured claim being paid in full, the terms of the note and mortgage shall govern.

Consent to Form and Entry

| | |
|---|---|
| McCalla Raymer Leibert Pierce, LLC | Law Offices of Scott J. Goldstein, LLC |
| Attorney for the Secured Creditor | Attorney for the Debtor |
| By: /s/ Phillip Raymond | By: /s/ Scott J. Goldstein |
| Date: 8·16·2022 | Date: 8/16/2022 |