Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

Order Filed on August 26, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Joseph T Peake, | Case No. 22-14703-MBK |
|  | Hearing Date: August 24, 2022 at 10:00 a.m. |
| Debtor. | Judge: Michael B. Kaplan |

### CONSENT ORDER RESOLVING PLAN OBJECTION AND OUTLINING THE TREATMENT OF SECURED CREDITOR JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: August 26, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

Debtor: Joseph T Peake
Case No.: 22-14703-MBK
Caption of Order: **CONSENT ORDER RESOLVING PLAN OBJECTION AND OUTLINING THE TREATMENT OF SECURED CREDITOR JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**

The undersigned parties resolved JPMorgan Chase Bank, National Association, ("Secured Creditor") Objection to Plan Confirmation, ECF No. 13, and agree to the following treatment of the anticipated secured claim to be filed by Secured Creditor through Joseph T Peake's ("Debtor") Chapter 13 Plan, ECF No. 2 (the "Plan"), with respect Secured Creditor's lien on Debtor's real property located at 312 Old Croton Road, Flemington, NJ 08822, as follows and have consented to the entry of the within Order, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. Debtor shall pay the arrears as set forth in Secured Creditor's anticipated proof of claim through Debtor's Chapter 13 Plan.
2. Secured Creditor's Objection to Plan Confirmation, ECF No. 13, is hereby resolved by this Consent Order.
3. This Consent Order shall be incorporated in any modified plan.
4. In the event the instant Chapter 13 bankruptcy case is dismissed or converted to another chapter under the bankruptcy code prior to Secured Creditor's secured claim being paid in full, the terms of the note and mortgage shall govern.

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLC
Attorney for the Secured Creditor
By: _____
Phillip Raymond
Date: 8·16·2022

Law Offices of Scott J. Goldstein, LLC
Attorney for the Debtor
By: _____
Scott J. Goldstein
Date: 8/16/2022

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-14703-MBK |
| Joseph T Peake | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 26, 2022 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Joseph T Peake, 312 Old Croton Rd, Flemington, NJ 08822-2714 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMorgan Chase Bank National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Scott J. Goldstein | on behalf of Debtor Joseph T Peake sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5