Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−14703−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph T Peake
   312 Old Croton Rd
   Flemington, NJ 08822−2714

Social Security No.:
   xxx−xx−2896

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 31, 2022.


Dated: September 1, 2022
JAN: ghm

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-14703-MBK |
| Joseph T Peake | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 01, 2022 | Form ID: plncf13 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Joseph T Peake, 312 Old Croton Rd, Flemington, NJ 08822-2714 |
| 519633581 | + | Hunterdon County Sheriff's Office, PO Box 2900, Flemington, NJ 08822-2900 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 01 2022 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 01 2022 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519633579 | | Email/Text: BKY@conserve-arm.com | Sep 01 2022 20:58:00 | ConServe, 200 CrossKeys Office Park, Fairport, NY 14450 |
| 519633578 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 01 2022 21:07:49 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519638109 | | Email/Text: mrdiscen@discover.com | Sep 01 2022 20:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519633580 | + | Email/Text: mrdiscen@discover.com | Sep 01 2022 20:58:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519633582 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 01 2022 20:58:00 | IRS, Centralized Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519678300 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 01 2022 21:07:01 | JPMorgan Chase Bank, National Association, Chase Records Center, At: Correspondence, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 519633577 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 01 2022 21:07:27 | Chase Mortgage, Chase Records Center/Attn: Correspondenc, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 519677417 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 01 2022 21:07:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519637850 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 01 2022 20:58:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519633583 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 01 2022 20:58:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519683694 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 01 2022 20:58:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519633584 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 01 2022 20:58:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519633585 | | Email/Text: signed.order@pfwattorneys.com | Sep 01 2022 20:58:00 | Pressler, Felt, & Warsaw LLP, 7 Entin Road, |

| Recip ID | | Notice Type | Time | Name and Address |
|---|---|---|---|---|
| | | | | Parsippany, NJ 07054-5020 |
| 519633586 | | Email/PDF: gecsedi@recoverycorp.com | Sep 01 2022 21:07:05 | Synchrony Bank, Attn: Bankruptcy, PO Box 965061, Orlando, FL 32896-5061 |
| 519635484 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 01 2022 21:07:05 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519633587 | + | Email/Text: mpieslak@waterfallrevenuegroup.com | Sep 01 2022 20:58:00 | Traf Group Inc/A-1 Collections, Attn: Bankruptcy, 2297 St Hwy 33 Ste 906, Hamilton Square, NJ 08690-1717 |
| 519640902 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Sep 01 2022 21:07:50 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 519633588 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Sep 01 2022 21:07:13 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519640903 | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 03, 2022           Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMorgan Chase Bank National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Scott J. Goldstein | on behalf of Debtor Joseph T Peake sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5