

Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

**Order Filed on July 31, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Joseph T Peake,<br><br><br><br>                Debtor. | Chapter 13<br><br>Case No. 22-14703-MBK<br><br>Hearing Date:  July 26, 2023 at 9:00 a.m.<br><br>Judge: Michael B. Kaplan |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: July 31, 2023**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

Debtor:              Joseph T Peake
Case No.:            22-14703-MBK
Caption of Order:    **CONSENT ORDER RESOLVING SECURED CREDITOR'S
                     MOTION FOR RELIEF FROM THE AUTOMATIC STAY
                     AND PROVIDING FOR CURE OF POST-PETITION
                     ARREARS**

---

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay (the "Motion") filed by JPMorgan Chase Bank, National Association ("Secured Creditor"), and Joseph T Peake ("Debtor") having filed opposition thereto, with respect to the property commonly known as 312 Old Croton Road, Flemington, NJ 08822 (the "Property"), and the parties having consented to the entry of the within Order, and for good cause shown it is hereby:

**ORDERED AS FOLLOWS:**

1.   Debtor is delinquent three (3) post-petition payments due April 1, 2023 through June 1, 2023, each payment in the amount of $1,314.36; July 1, 2023 payment in the amount of $1,335.00, less suspense of $200.48, for a total delinquency of $5,077.60.

2.   Debtor shall file a Modified Chapter 13 Plan within fourteen (14) days of entry of this Order to include delinquency in the amount of $5,077.60. This amount shall be scheduled by the Chapter 13 Trustee as a supplemental secured claim.

3.   Debtor shall resume post-petition payments to be paid timely and in full with the August 1, 2023 payment.

4.   If Debtor should default and fail to amend the plan or fail to make future post-petition payments to Secured Creditor that come due during the pendency of this case for thirty (30) days from the due date, Secured Creditor's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Secured Creditor to proceed with its action against the Property.

Page 3

Debtor:              Joseph T Peake
Case No.:            22-14703-MBK
Caption of Order:    **CONSENT ORDER RESOLVING SECURED CREDITOR'S
                     MOTION FOR RELIEF FROM THE AUTOMATIC STAY
                     AND PROVIDING FOR CURE OF POST-PETITION
                     ARREARS**

---

5.      Upon dismissal, discharge chapter conversion, or relief from stay, the foregoing

terms and conditions shall cease to be binding payments will be due pursuant to

the terms of the original loan agreement and Secured Creditor may proceed to

enforce its remedies under applicable non-bankruptcy law against the Real

Property and/or against the Debtors.


Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLC          Law Offices of Scott J. Goldstein, LLC
Attorney for the Secured Creditor           Attorney for the Debtor

By:  _/s/Phillip Raymond_____              By:  _/s/ Scott J. Goldstein_____
        Phillip Raymond                              Scott J. Goldstein

Date:  _07/21/2023_____                    Date:  _07/21/2023_____