---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
280 West Main Street
Denville, NJ 07834
Tel: 973-453-2838
Fax: 973-453-2869
sjg@sgoldsteinlaw.com

In Re:

Joseph Peake

Case No.:  22-14703

Chapter:  13

Judge:  Michael B. Kaplan

# NOTICE OF DEATH OR
# FINDING OF INCOMPETENCY OF A DEBTOR

I, Scott J. Goldstein, am the

❑ Executor (select if appointed by a will)

❑ Administrator (select if no will and appointed by a probate court)

of the estate of _____ (name of debtor),

☒ Other (identify relationship to debtor) former attorney,

and hereby certify as follows:

1. Debtor, Joseph T. Peake (name of debtor),

   ☒ died on 10/8/2023 (date).*

   ❑ was declared legally incompetent on _____ (date) by _____ _____ (insert appropriate court).

2. The debtor's legal representative is Jill Askew (Administrator)
   Troy, New York
   _____ (if known, include title and contact information).

---

* PLEASE <u>DO</u> <u>NOT</u> INCLUDE CERTIFICATE OF DEATH

3. I do ☒ / do not ☐ have knowledge of the debtor's assets and liabilities, and financial aspects of the debtor's estate.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, then I am subject to punishment.

Dated: 11/10/2023

Signature: /s/Scott J. Goldstein

Print name: Scott J. Goldstein

Address: 280 West Main Street
Denville, NJ 07834

Filed by: Attorney
               Attorney/Other

new.8/1/2023