Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−14703−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph T Peake
   312 Old Croton Rd
   Flemington, NJ 08822−2714

Social Security No.:
   xxx−xx−2896

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/15/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 16, 2024
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-14703-MBK |
| Joseph T Peake | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 16, 2024 | Form ID: 148 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Joseph T Peake, 312 Old Croton Rd, Flemington, NJ 08822-2714 |
| 519633581 | + | Hunterdon County Sheriff's Office, PO Box 2900, Flemington, NJ 08822-2900 |
| 519635484 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 16 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 16 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519633579 | | Email/Text: BKY@conserve-arm.com | Feb 16 2024 20:52:00 | ConServe, 200 CrossKeys Office Park, Fairport, NY 14450 |
| 519633578 | + | EDI: CITICORP | Feb 17 2024 01:41:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519638109 | | EDI: DISCOVER | Feb 17 2024 01:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519633580 | + | EDI: DISCOVER | Feb 17 2024 01:41:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519633582 | + | EDI: IRS.COM | Feb 17 2024 01:41:00 | IRS, Centralized Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519678300 | | EDI: JPMORGANCHASE | Feb 17 2024 01:41:00 | JPMorgan Chase Bank, National Association, Chase Records Center, At: Correspondence, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 519633577 | | EDI: JPMORGANCHASE | Feb 17 2024 01:41:00 | Chase Mortgage, Chase Records Center/Attn: Correspondenc, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 519677417 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2024 21:00:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519637850 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2024 20:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519633583 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2024 20:53:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519683694 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 16 2024 20:52:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519633584 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

Case 22-14703-MBK    Doc 40    Filed 02/18/24    Entered 02/19/24 00:15:33    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 16, 2024 | Form ID: 148 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 16 2024 20:52:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519633585 | | Email/Text: signed.order@pfwattorneys.com | Feb 16 2024 20:52:00 | Pressler, Felt, & Warsaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519633586 | | EDI: SYNC | Feb 17 2024 01:40:00 | Synchrony Bank, Attn: Bankruptcy, PO Box 965061, Orlando, FL 32896-5061 |
| 519633587 | + | Email/Text: mpieslak@waterfallrevenuegroup.com | Feb 16 2024 20:52:00 | Traf Group Inc/A-1 Collections, Attn: Bankruptcy, 2297 St Hwy 33 Ste 906, Hamilton Square, NJ 08690-1717 |
| 519640902 | + | EDI: WFFC2 | Feb 17 2024 01:41:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 519633588 | + | EDI: WFFC2 | Feb 17 2024 01:41:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519640903 | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 18, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMorgan Chase Bank National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Scott J. Goldstein | on behalf of Debtor Joseph T Peake scott@wg-attorneys.com g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net |
| U.S. Trustee | |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Feb 16, 2024 | Form ID: 148 | Total Noticed: 22

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6